UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 24 2016
```

United States of America,

-v-

Minh Quang Pham,

               Defendant.

12-CR-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will take up Defendant's request for a five month adjournment of sentencing at the conference scheduled for May 27, 2016 at noon. Because the factual dispute discussed on May 16, 2016 has been known to counsel since at least the time of Defendant's guilty plea on January 8, 2016 and is central to both parties' written submissions and sentencing arguments, the extended adjournment request appears unreasonable and is unlikely to be granted. If an evidentiary hearing is being requested, counsel should be prepared to proceed on May 31, 2016. The Government is ordered to submit a written response to the Defendant's letter and request on or before May 25, 2016.

SO ORDERED.

Dated: May 24, 2016
        New York, New York

                                               ALISON J. NATHAN
                                     United States District Judge