# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

November 16, 2018

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Minh Quang Pham*
12 Cr. 423 (AJN)

Dear Judge Nathan:

I write to inform the Court that I had an attorney-client call with Minh Quang Pham. Mr. Pham consents to having me represent him on his request for post-conviction review. He will execute the declaration previously sent to the Warden at USP Florence ADMAX to provide written confirmation of his desire to have me represent him.

I have not had an opportunity to speak with government counsel regarding scheduling for briefing. This evening I left a voice message for AUSA Andrew Beaty with a request that we confer on Monday and provide a supplemental letter to the Court.

I am preparing for a homicide trial to commence on December 3d before the Honorable Naomi Reice Buchwald and request that any schedule accommodate my trial commitment and the need to confer with Mr. Pham.

Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM

cc: AUSA Andrew Beaty
    AUSA Anna Skotko