Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

U.S. DISTRICT COURT
FILED

FEB 1 1 2025

SOUTHERN DISTRICT OF
NEW YORK

Southern _____ District of New York

Caption:

United States of America v.

Minh Quang Pham

Minh Quang Pham

Docket No.: 12 CR 423

Richard M. Berman
(District Court Judge)

Notice is hereby given that ~~Joshua L. Dratel~~ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ sentence _____
(specify)

entered in this action on February 5, 2025.
(date)

This appeal concerns: Conviction only |___  Sentence only |✓|  Conviction & Sentence |___  Other |___

Defendant found guilty by plea |✓| trial |  | N/A [  .

Offense occurred after November 1, 1987?  Yes |✓  No [  N/A [

Date of sentence: February 4, 2025 _____ N/A |___|

Bail/Jail Disposition: Committed |✓  Not committed |  N/A [

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2025

Appellant is represented by counsel?  Yes ✓| No |  If yes, provide the following information:

Defendant's Counsel: Joshua L. Dratel

Counsel's Address: 29 Broadway, Suite 1412
New York, NY 10006

Counsel's Phone: 212-732-0707

Assistant U.S. Attorney: Jacob H. Gutwilig

AUSA's Address: One Saint Andrew's Plaza
New York, NY 10007

AUSA's Phone: 212-637-2215

Signature